**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOHNNY RAZOR                                                                                    PLAINTIFF

v.                                    3:12-cv-00153-KGB-JTK

DALE COOK, et al.                                                                              DEFENDANTS

**ORDER**

On July 19, 2012, and July 20, 2012, copies of documents sent to Plaintiff at his last-known address were returned to the Court (Doc. Nos. 11-13). Noted on the returned documents was an address to which these documents were then forwarded. However, the mail sent to Plaintiff at that new address has now been returned as undeliverable (Doc. No. 14).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint.

1

IT IS SO ORDERED this 2nd day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE