IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY RAZOR                                                          PLAINTIFF

v.                              3:12-cv-00153 KGB-JTK

DALE COOK, et al.                                                   DEFENDANTS

## ORDER

Plaintiff Johnny Razor was granted *in forma pauperis* status on June 26, 2012, in this action

filed pursuant to 42 U.S.C. § 1983 (Dkt. No. 3). He filed an Amended Complaint on July 3, 2012

(Dkt. No. 4), but copies of documents sent to him after that time were returned to the Court as

undeliverable (Dkt. Nos. 11, 12, 13, 14). By Order dated August 2, 2012, this Court directed Mr.

Razor to notify the Court of his current address and his intent to continue the prosecution of this

action within thirty days of the date of the Order (Dkt. No. 15). The Court advised Mr. Razor that

failure to comply could result in the dismissal of his Complaint without prejudice for failure to

prosecute. The copy of the Order sent to Mr. Razor at his last-known address was returned to the

Court as undeliverable on August 13, 2012 (Dkt. No. 17). As of this date, Mr. Razor has not

responded to the Court's Order or otherwise corresponded with the Court.

Local Rule 5.5(c)(2) provides:

It is the duty of any party not represented by counsel to promptly notify the Clerk and
the other parties to the proceedings of any change in his or her address, to monitor
the progress of the case and to prosecute or defend the action diligently. . . . If any
communication from the Court to a pro se plaintiff is not responded to within thirty
(30) days, the case may be dismissed without prejudice. . . .

In light of Mr. Razor's failure to respond to this Court's August 2, 2012 Order, this action is dismissed without prejudice.

SO ORDERED this 10 day of September, 2012.

Kristine G. Baker
United States District Judge