IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY RAZOR                                                 PLAINTIFF

v.                            3:12-cv-00153 KGB-JTK

DALE COOK, et al.                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice, for failure to prosecute. The relief sought is denied.

SO ORDERED this 10 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge