IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHNNY RAZOR**                                                     **PLAINTIFF**

v.                      **3:12-cv-00153 KGB-JTK**

**DALE COOK, et al.**                                       **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice, for failure to prosecute. The relief sought is denied.

SO ORDERED this 10 day of September, 2012.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge